Chambers of
Blanche M. Manning
Judge



213 South Dearborn
Chicago, Illinois 60604
(312) 435-7603

# United States District Court
## Northern District of Illinois

September 21, 2004



RECEIVED
2004 SEP 27 A 11: 26
FINANCIAL DISCLOSURE OFFICE

The Honorable Mary M. Lisi
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:    *Calendar Year 2003 Filing*

Dear Judge Lisi:

In response to your letter dated September 17, 2004, please accept this letter as an amendment to my financial disclosure report for the year 2003.  In Part VII, page 1, line 5, column C(2), I originally used value code "R" (cost) to explain my valuation of "real estate in Cook County."  I would like to amend the value code to "W."

If you need further information, please feel free to contact me.

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Manning, Blanche M | 2. Court or Organization<br><br>U.S.District Court, N. D. Il. | 3. Date of Report<br><br>7/12/2004 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ◉ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br><br>Chambers 2156<br><br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1.   Musician | Jazz Ensemble |
| 2.   Trustee | Roosevelt University, Chicago |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |

RECEIVED  Jul 19 11 10 AM '04  FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2003 | Musician | 2345.00 |
| 2. 2003 | Public School Teachers Retirement Plan | 10993.56 |
| 3. 2003 | Cook County Pension and Annuity Plan | 11,654.16 |
| 4. 2003 | Illinois Judges Retirement Plan | 90,987.12 |
| 5. | | |
| 6. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Sheriff of Cook County |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Judicial Resources Committee | Sarasota, FL, 6-17-03 to 6-19-03 -- Judicial Resources Committee Meeting (Travel, Food, & Lodging) |
| 2. Judicial Resources Committee | Lake Las Vegas, NV, 12-8-03 to 12-11-03 --Judicial Resources Committee Meeting (Travel, Food and Lodging). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Union League Club | Reduced Membership per year | $1,920 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Highland Community Bank | Mortgage (realty in Cook County, Illinois) | M |
| 2. | Washington Mutual Home Loans | Mortgage (realty in Cook County) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Blanche M | 7/12/2004 |

## VII.  INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Mutual Funds (American Funds Group) | A | Distribution | | | liquidation | 1-2 | J | | self/self: redeemed |
| 2.   Mutual Funds (American Funds Group) | A | Distribution | | | liquidation | 3-12 | J | | self/self: redeemed |
| 3.   Variable Annuity (Northwestern Mutual) | A | Distribution | | | liquidation | 1-2 | J | | self/self: redeemed |
| 4.   Real Estate held in land trust in Cook County, IL | | None | M | W | | | | | |
| 5.   Real estate in Cook County, IL | | None | M | R | | | | | |
| 6.   Certificate of deposit (Bank One)_ | A | Interest | J | T | | | | | |
| 7.   Annuity (Prudential) | A | Interest | J | T | | | | | |
| 8.   Annuity (Prudential-████ | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250.000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In Part VII, the American Funds annuity listed in lines 1 and 2 refers to a single annuity which was partially redemmed and then liquidated. Because this occurred on two separate dates, I listed the events by date. The total amount received corresponds to value code J.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____       Date___July 12, 2004____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544